UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PENNY R. BONDS

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 13-417-JJB

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 20, 2014 (doc. no. 14). Plaintiff has failed to timely file an objection.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the decision of the Commissioner is hereby AFFIRMED and this action will be DISMISSED with prejudice

Baton Rouge, Louisiana, this 90th day of September ____ 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA